UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LáQuan DeVoją Harris

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been
assigned)

-against-

101 Atlantic Ave Lynbrook NY 11563
CYA Mannagement
Juan London MR LUIS BAPTIST
mELISSA shaRda MS Novovick

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒  **Federal Question**

☐  **Diversity of Citizenship**

## A.    If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

4th Amendment Violation, Home Invassion many other Constitional Rights Policy Violations theft of funds Destruction of State property

## B.    If you checked Diversity of Citizenship

### 1.    Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Lauran Devolations_ is a citizen of the State of
(Plaintiff's name)

New York
_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of _____

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _**Juan**_ , is a citizen of the State of
(Defendant's name)

_**New York**_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____ , is incorporated under the laws of

the State of _**New York**_

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_**LaQual**_         _**De Vota**_              _**Harris**_
First Name              Middle Initial         Last Name

_**560 E 142nd Street**_
Street Address

_**Bronx**_                    _**New York**_           _**10454**_
County, City                   State              Zip Code

_**347 803-7386**_          _**DeVota.Microsoft@gmail.com**_
Telephone Number             Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

_Sharda_

First Name                                    Last Name

_Account Mannager_

Current Job Title (or other identifying information)

_101 Atlantic Ave Lynbrook_

Current Work Address (or other address where defendant may be served)

_Kings                    New York    11563_

County, City                          State            Zip Code

Defendant 2:

_MS. NiCovick_

First Name                                    Last Name

_Representitive_

Current Job Title (or other identifying information)

_101 Atlantic Ave Lynbrook_

Current Work Address (or other address where defendant may be served)

_Brooklyn                NY          11563_

County, City                          State            Zip Code

Defendant 3:

_Melissa_

First Name                                    Last Name

_Account mannager_

Current Job Title (or other identifying information)

_101 Atlantic Ave Lynbrook_

Current Work Address (or other address where defendant may be served)

_Kings                    New York    11563_

County, City                          State            Zip Code

Defendant 4: Luis Batist

First Name          Last Name

Landlord

Current Job Title (or other identifying information)

101 Atlantic Ave Lynbrook

Current Work Address (or other address where defendant may be served)

New York    11563

County, City                State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 528 E 142nd street Bronx NY 10454 #10

Date(s) of occurrence: march april may 2021 2022 2023 Feb Aug Nov Dec Jan oct July sep June

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

2022 2023 2021 on cambra Footage At 528 E 142 st Bronx NY CYA mangement was ordered by super Name Luis to review & send cops of crimes at large recording to MR Harris email via OF melissa sharda ms Nicoyick refused MR Luis Baptist the landlord including 101 Atlantic Ave CYA management employees were all notified. MR Harris constitutional rights were violated however (broken SINK stove pipes electrical system) IN 2023 Jan & 2022 Dec Nov MR Harris was victomized cycles of Home Invasions os management was

aware of Apartment Door broken open & left open for two weeks all in all super and landlord turn the other cheek as the accured tenet & cycles of Home invasions reported by Emails sent to management as well as the recording on the combo being Ignored by management As of JUAN Notified by this apart work orders Luie & Juan violated policy on filed work orders as of Mr Harris Apt Door Broke open & Never repaird

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Broken bones on face Requires sergery Men trespassed in MR Harris Apartment threw down the stairs by breaking and entering other man connected to crime punched Repeatlly Punched Mr Harris in the face Braken Face bone

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

MR Harris is requesting Defendant to be evaluated & requesting Defendant to be sapenoed as of compensation 4 the destruction of property damage $90 thousand dollars + compensation $90 thousand 4th Amendment violations order each defendant to pay a fine and relief comp for the theft & Home invaion

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |
| First Name        Middle Initial | Last Name |
| Street Address | |
| County, City | State        Zip Code |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.