UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAQUAN DEVOTA HARRIS,<br><br>                              Plaintiff,<br><br>          -against-<br><br>CYA MANAGEMENT, ET AL,<br><br>                              Defendants. | 23-CV-4599 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the January 2, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  January 2, 2024
          New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge